

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

CALVIN DAMON and ROSEANNE DAMON, h/w        Case No. **14        1954**

        Plaintiffs,

v.

AIREON MANUFACTURING CORP.;
ALCATEL-LUCENT; ALLEN-BRADLEY
COMPANY; BASIC, INC. (c/o CT
CORPORATION SYSTEMS); BBC BROWN
BOVERI (k/n/a ABB, INC.); BELDEN
MANUFACTURING CO.; BUFFALO PUMPS,
INC.; CARRIER CORPORATION; CBS
CORPORATION, formerly Westinghouse Electric
Corporation (c/o PRENTICE HALL); CLARK
CONTROLLER Co. (c/o GTE PRODUCTS
CORPORATION; CLARK EQUIPMENT
COMPANY A Division of INGERSOLL RAND;
CLEAVER-BROOKS, INC. A Division of AQUA-
CHEM INC.; EATON CORPORATION  (CT
CORPORATION); EMERSON; GENERAL
ELECTRIC COMPANY; GREEN, TWEED &
COMPANY; GTE PRODUCTS OF
CONNECTICUT CORPORATION; GOULD
ELECTRONICS INC. (CT CORPORATION
SYSTEMS); HONEYWELL INTERNATIONAL;
HONEYWELL, INC.; KEELER-DORR-OLIVER
INC.; LOCKHEED MARTIN; METROPOLITAN
LIFE INSURANCE CO.; MINNESOTA MINING
AND MANUFACTURING; MOTOROLA
SOLUTIONS; OCEAN VIEW CAPITAL, INC.
(f/k/a TRIANGLE WIRE & CABLE); PARKER
HANNIFIN; RAYTHEON; ROCKBESTOS CO.
(c/o U.S. CORPORATION CO.); RUMSEY
ELECTRIC CO.; SCHLUMBERGER NV;
SIEMEN'S INDUSTRY INC., as successor to
SIEMEN'S ENERGY & AUTOMATION, INC.;
SQUARE D COMPANY; TRANE US INC. (f/k/a
AMERICAN STANDARD INC.); USX
CORPORATION; WESTERN ELECTRIC (c/o
ALCATEL LUCENT);

        Defendants.

1

## DEFENDANT LOCKHEED MARTIN CORPORATION'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1442(a) (FEDERAL OFFICER)

TO THE HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant Lockheed Martin Corporation ("Lockheed Martin") hereby gives notice of the removal of the above-entitled action from the Court of Common Pleas, Philadelphia County, to the United States District Court for the Eastern District of Pennsylvania pursuant to 28 U.S.C. § 1442(a). In support, Lockheed Martin offers the following:

### I.    Background

1.    On or about February 27, 2014, Plaintiffs Calvin Damon and Roseanne Damon ("Plaintiffs") filed a personal injury action in the Court of Common Pleas of Philadelphia County, Civil Section: Trial Division, entitled *Calvin Damon and Roseanne Damon, h/w v. Aireon Manufacturing Corp., et al.*, Case No. 2955 (the "Complaint"). The Complaint names 36 defendants, including Lockheed Martin, and alleges causes of action for negligent and strict products liability, breach of warranty, and conspiracy. A true and correct copy of the Summons and Complaint, received by Lockheed Martin on March 7, 2014, as well as Plaintiffs' Master Long-Form Complaint (which Plaintiffs deem incorporated by reference in their Complaint) are attached hereto as **Exhibit 1**.

2.    Plaintiffs allege, *inter alia*, that Plaintiff Calvin Damon ("Plaintiff") served in the U.S. Navy, "[f]rom 02/01/64 to 07/01/67," as a "radarman/3rd class" aboard the USS Lake Champlain and USS Independence and that "he was exposed to asbestos only in the Navy in the years 1964-1967." (Complaint, at ¶¶ 6(a), 7). Plaintiffs further allege that "[a]t all times material[,] Lockheed Martin and/or its predecessors sold radar[,] sonar and electrical equipment containing asbestos" and that "exposure to such products caused [Plaintiff's] injuries." (Complaint, at ¶ 10(q).)

3.    At all times, including the period of Plaintiff's alleged service in the United States Navy, any radar, sonar, and electrical equipment supplied by Lockheed Martin to the

2

United States Navy was designed and manufactured specifically for the United States Military in accordance with detailed specifications approved by the United States Government and under the direct supervision, control, orders, and directives of a federal officer acting under color of federal office.

4.      This Notice of Removal is being filed within 30 days of the time Lockheed Martin first received notice, via Plaintiffs' Complaint, of the grounds for removal of this action. Accordingly, this removal is filed within the time period prescribed by law. *See* 28 U.S.C. § 1446(b).

5.      This action is one which may be removed to this Court by Lockheed Martin on the grounds of federal officer removal jurisdiction pursuant to 28 U.S.C. § 1442(a).

**II.      Federal Officer Removal Is Appropriate Under 28 U.S.C. § 1442(a)**

6.      Removal is proper under 28 U.S.C. § 1442(a) when: (a) the defendant seeking removal demonstrates that it is a "person" within the meaning of the statute; (b) the defendant demonstrates a causal nexus between the plaintiff's claims and the defendant's actions taken pursuant to a federal officer's directions and under color of federal office; and (c) the defendant asserts a "colorable federal defense" to such claims. *Mesa v. California*, 489 U.S. 121, 124-25, 134-35 (1989); *Hagen v. Benjamin Foster Co.*, 739 F.Supp.2d 770, 776 (E.D. Pa. 2010).

7.      Lockheed Martin is a "person" within the meaning of 28 U.S.C. § 1442(a). *See Hagen*, 739 F.Supp.2d at 776 n.6; *see also Winters v. Diamond Shamrock Chem. Co.*, 149 F. 3d 387, 398 (5th Cir. 1998).

8.      Plaintiffs base their claims against Lockheed Martin, in whole or in part, on Plaintiff's alleged exposure to asbestos while serving as a United States Navy racarman from 1964 to 1967. To the extent that the design or manufacture of radar, sonar, and electrical equipment manufactured by Lockheed Martin for the United States Military during the relevant time-period included asbestos-containing parts or components, the United States Government approved reasonably precise specifications for such inclusion

3

by and through the Secretaries of the Department of Defense and the Department of the Navy. Any decision regarding asbestos in the radar, sonar, and electrical equipment or the component parts thereof was under the full control and direction of the United States Government. *See Hagen,* 739 F.Supp.2d at 776, 784. The United States Government, likewise, controlled the content of written materials and warnings associated with such equipment.

      9.    Lockheed Martin is entitled to federal officer removal under 28 U.S.C. §1442(a) based upon the federal defense of derivative sovereign immunity as set forth in *Yearsley v. W.A. Ross Construction Co.,* 309 U.S. 18 (1940). *Yearsley* established that a government contractor, performing at the direction and authorization of a government officer, is immune from suit based upon performance of the contract in carrying out a government function. *See Yearsley,* 309 U.S. at 13; *see also Butters v. Vance Intern. Inc.,* 225 F.3d 462, 466 (4th Cir. 2000). Here, the *Yearsley* doctrine is satisfied because any Lockheed Martin-manufactured radar, sonar, or electrical equipment allegedly at-issue was manufactured pursuant to validly conferred authority, and Lockheed Martin's conduct was within the bounds of that authority. Indeed, if the Government had manufactured such equipment itself, it would be immune from suit. Such immunity must be extended to Lockheed Martin, which stepped into the Government's shoes.

      10.    Lockheed Martin also is entitled to federal officer removal under 28 U.S.C. § 1442(a) based upon the separate and independent government contractor federal defense. *Boyle v. United Technologies Corp.,* 487 U.S. 500 (1988). *Boyle* establishes that a government contractor is not liable for injuries caused by design defects in equipment when the contractor builds such equipment according to reasonably precise Government-approved design specifications. Here, the government contractor defense is satisfied because any and all design specifications for radar, sonar, and electrical equipment at-issue were Government-approved, the radar, sonar, and electrical equipment conformed to those specifications, and Lockheed Martin did not fail to warn the Government of any dangers

4

known to Lockheed Martin and unknown to the Government. The government contractor defense also applies to claims of failure to warn. *See Tate v. Boeing Helicopters*, 55 F. 3d 1150, 1157 (6th Cir. 1995); *see also Hagen*, 739 F.Supp. 2d at 783.

### III.   Procedural Compliance

11.   Lockheed Martin satisfies the requirements for removal under 28 U.S.C. §1442(a) and, therefore, is entitled to remove this entire action. Joinder of other defendants in this action is not necessary to remove under 28 U.S.C. § 1442(a). *Huntingdon Valley Club Condo. Ass'n v. Pa. Hous. Finance Agency*, No. 04-4770, 2005 WL 44524, at *2 (E.D. Pa. Jan. 10, 2005) citing *Akin v. Ashland Chem. Co.*, 156 F.3d 1030, 1034 (10th Cir. 1998).

12.   Lockheed Martin promptly will give notice of the filing of this Notice as required by 28 U.S.C. § 1446(d).

### IV.   Conclusion

13.   Removal of this action is proper under 28 U.S.C. § 1442. Plaintiffs' Complaint is a civil action brought in State Court and the Federal District Courts have original jurisdiction over the subject matter under 28 U.S.C. § 1442(a)(1) because Lockheed Martin was acting as an officer or agent of the United States.

**WHEREFORE**, Lockheed Martin Corporation requests that this action proceed in this Court as a properly removed action.

**DICKIE, MCCAMEY & CHILCOTE, P.C.**

By:   /s/ William R. Adams
William R. Adams (No. 4972)
222 Delaware Avenue
Suite 1040
Wilmington, DE 19801
Telephone No.:  (302) 428-6133
Date: April 2, 2014                              Facsimile No.:   (888) 811-7144



**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA**

CALVIN DAMON and ROSEANNE DAMON, h/w | Case No.  **14    1954**

        Plaintiffs,

v.

AIREON MANUFACTURING CORP.;
ALCATEL-LUCENT; ALLEN-BRADLEY
COMPANY; BASIC, INC. (c/o  CT
CORPORATION SYSTEMS); BBC BROWN
BOVERI (k/n/a ABB, INC.); BELDEN
MANUFACTURING CO.; BUFFALO PUMPS,
INC.; CARRIER CORPORATION; CBS
CORPORATION, formerly Westinghouse Electric
Corporation (c/o PRENTICE HALL); CLARK
CONTROLLER CO. (c/o GTE PRODUCTS
CORPORATION; CLARK EQUIPMENT
COMPANY A Division of INGERSOLL RAND;
CLEAVER-BROOKS, INC. A Division of AQUA-
CHEM INC.; EATON CORPORATION  (CT
CORPORATION); EMERSON; GENERAL
ELECTRIC COMPANY; GREEN, TWEED &
COMPANY; GTE PRODUCTS OF
CONNECTICUT CORPORATION; GOULD
ELECTRONICS INC. (CT CORPORATION
SYSTEMS); HONEYWELL INTERNATIONAL;
HONEYWELL, INC.; KEELER-DORR-OLIVER
INC.; LOCKHEED MARTIN; METROPOLITAN
LIFE INSURANCE CO.; MINNESOTA MINING
AND MANUFACTURING; MOTOROLA
SOLUTIONS; OCEAN VIEW CAPITAL, INC.
(f/k/a TRIANGLE WIRE & CABLE); PARKER
HANNIFIN; RAYTHEON; ROCKBESTOS CO.
(c/o U.S. CORPORATION CO.); RUMSEY
ELECTRIC CO.; SCHLUMBERGER NV;
SIEMEN'S INDUSTRY INC., as successor to
SIEMEN'S ENERGY & AUTOMATION, INC.;
SQUARE D COMPANY; TRANE US INC. (f/k/a
AMERICAN STANDARD INC.); USX
CORPORATION; WESTERN ELECTRIC (c/o
ALCATEL LUCENT);

Defendants.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of Defendant, Lockheed Martin's Notice of Removal and Rule 7.1 Disclosure Statement will be served upon the following by Regular U.S. Mail, postage pre-paid, on April 2, 2014.

Robert Paul, Esq.
Paul, Reich & Myers, P.C.
1608 Walnut Street
Suite 500
Philadelphia, Pa 19103
*Attorney for Plaintiffs*

Jason W. Rubin, Esq.
Goldberg, Miller & Rubin, P.C.
21 South Broad Street
Suite 1500
Philadelphia, PA 19107
*Attorney for Eaton Corporation*

John A. Turlik, Esq.
Segal McCambridge Singer & Mahoney, Ltd
1818 Market Street
Suite 2600
Philadelphia, PA 19103
*Attorney for Alcatel-Lucent*

Eric J. Kadish, Esq.
Maron, Marvel, Bradley & Anderson
Three Logan Square
1717 Arch Street
Suite 3710
Philadelphia, PA 19103
*Attorney for Emerson Electric Co.*

Basil A. Disipio, Esq.
Lavin, O'Neil, Ricci, Cedrone
190 N. Independence Mall W.
Suite 500 - 6th & Race Streets
Philadelphia, PA 19106
*Attorney for Minnesota Mining and Manufacturing*

Daniel J. Ryan, Jr., Esq.
Marshall Dennehey Warner Coleman & Goggin
2000 Market Street
Suite 2300
Philadelphia, PA 19103
*Attorney for Trane U.S. Inc.*
*Attorney for Parker Hannifin*

Matthew W. Reber, Esq.
Kelley Jasons McGuire & Spinelli
Two Liberty Place
Suite 1900
50 South 16th Street
Philadelphia, PA 19102
*Attorney for Schneider Electric USA, Inc.*

Daniel G. Bruch, Jr., Esq.
Swartz Campbell LLC
Two Liberty Place
50 S. 16th Street
Philadelphia, PA 19102
*Attorney for Allen-Bradley Company*

Lina M. Carreras, Esq.
Walter S. Jenkins, Esq.
Maron Marvel Bradley Anderson
1700 Market Street
Suite 1500
Philadelphia, PA 19103
*Attorneys for Keeler Dorr-Oliver Inc.*

Stewart R. Singer, Esq.
Salmon, Ricchezza, Singer & Tu
1601 Market Street
Suite 22500
Philadelphia, PA 19103
*Attorney for Metropolitan Life Insurance Company*

Jeannie Park Lee, Esq.
Gordon & Rees LLP
One Commerce Square
2005 Market Street
Suite 2900
Philadelphia, PA 19103
*Attorney for Motorola Solutions*

Christopher H. Jones, Esq.
McElroy, Deutsch, Mulvaney & Carpenter
1617 JFK Boulevard
Suite 1500
Philadelphia, PA 19103
*Attorney for Gould Electronics Inc.*

William J. O'Brien, Esq.
O'Brien Firm
325 Chestnut Street
Suite 1320
Philadelphia, PA 19106
*Attorney for Basic, Inc.*
*Attorney for BBC Brown Boveri*

Peter J. Neeson, Esq.
Rawle & Henderson
1 S. Penn Square
The Widener Building
Philadelphia, PA 19107
*Attorney for Honeywell International, Inc.*

Edward T. Finch, Esq.
Lavin, O'Neil, Ricci, Cedrone & Disipio
190 N. Independence Mall West
6th & Race Streets
Suite 500
Philadelphia, PA 19106
*Attorney for GTE Products of Connecticut Corp.*

Timothy D. Rau, Esq
Marshall Dennehey Warner Coleman & Goggin
2000 Market Street
Suite 2300
Philadelphia, PA 19103
*Attorney for Clark Equipment Company*

Paul F. Lantieri, Esq.
Bennett, Bricklin and Saltzbur
1601 Market Street
16th Floor
Philadelphia, PA 19103
*Attorney for USX Corp.*

John P. McShea, Esq.
McShea Law Firm
1500 Market Street
49th Floor
Philadelphia, PA 19102
*Attorney for General Electric Company*
*Attorney for CBS Corporation*

Vincent F Reilly, Esq.
Susan Valmis, Esq.
Damian Jackson, Esq.
Reilly Janiczek McDevitt
The Widener Building
One South Penn Square
Suite 410
Philadelphia, PA 19107
*Attorney for Cleaver-Brooks, Inc.*

Tiffany J. Gianguilio, Esq.
Robert P. Corbin, Esq.
German, Gallagher & Murtagh
The Bellevue
Suite 500
200 South Broad Street
Philadelphia, PA 19102
*Attorney for Rockestos Co.*

John C. McMeekin II, Esq.
Rawle & Henderson
The Widener Building
One South Penn Square
16th Floor
Philadelphia, PA 19107
*Attorney for Siemen's Industry Inc.*

Mark F. MacDonald, Esq.
Baginski, Mezzanotte  Hasson
Suite 500
Public Ledger Building
150 S. Independence Mall West
Philadelphia, PA 19106
*Attorney for Rumsey Electric Co.*

Dawn Dezii, Esq.
Jeanine Clark, Esq.
Margolis Edelstein
Curtis Center
Suite 400
170 S Independence Mall West
Philadelphia, PA  19106
*Attorneys for Belden Manufacturing Co.*

DICKIE, McCAMEY & CHILCOTE, P.C.

04/02/14

BY:     /s/ *William R. Adams*
        William R. Adams, Esquire
        Attorney for Defendant,
        Lockheed Martin Corporation

# EXHIBIT 1

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)

**FEBRUARY 2014**

E-Filing Number: 1402043995

**002955**

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| CALVIN DAMON | AFFRON MANUFACTURING CORP. |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 26 DELAWARE DRIVE<br>MILFORD PA 18337 | 3601 FAIR FAX TRAFFIC WAY<br>KANSAS CITY KS |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| ROSEANNE DAMON | ALCATEL-LUCENT |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 26 DELAWARE DRIVE<br>MILFORD PA 18337 | 600-700 MURRAY HILL AVENUE<br>MURRAY HILL NJ 07974 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
|  | ALLEN-BRADLEY COMPANY |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
|  | 8014 EXCELSIOR DRIVE SUITE 200<br>MADISON WI 53717 |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 2 | 36 | ☒ Complaint  ☐ Petition Action  ☐ Notice of Appeal<br>☐ Writ of Summons  ☐ Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS |
|---|---|
| ☐ $50,000.00 or less<br>☒ More than $50,000.00 | ☐ Arbitration  ☒ Mass Tort  ☐ Commerce  ☐ Settlement<br>☐ Jury  ☐ Savings Action  ☐ Minor Court Appeal  ☐ Minors<br>☐ Non-Jury  ☐ Petition  ☐ Statutory Appeals  ☐ W/D/Survival<br>☐ Other |

CASE TYPE AND CODE

2MT - MASS TORT    ASBESTOS

STATUTORY BASIS FOR CAUSE OF ACTION

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | IS CASE SUBJECT TO COORDINATION ORDER? |
|---|---|
| **FILED**<br>**PRO PROTHY**<br>FEB 27 2014<br>**J. MURPHY** | YES    NO |

### TO THE PROTHONOTARY

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: CALVIN DAMON , ROSEANNE DAMON

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| ROBERT E. PAUL | 1608 WALNUT ST<br>SUITE 500<br>PHILADELPHIA PA 19103 |

| PHONE NUMBER | FAX NUMBER | |
|---|---|---|
| (215)735-9200 | (215)735-3888 | |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 22542 | amazie@pzmpclaw.com |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| ROBERT PAUL | Thursday, February 27, 2014, 01:56 pm |

FINAL COPY (Approved by the Prothonotary Clerk)

## COMPLETE LIST OF DEFENDANTS:

1. WESTERN ELECTRIC
   C/O ALCATEL LUCENT 600-700 MOUNTAIN ROAD
   MURRAY HILL NJ 07974

2. DGX CORPORATION
   600 GRANT STREET
   PITTSBURGH PA 15219

3. TRANE US INC. F/K/A AMERICAN STANDARD INC.
   1 CENTENNIAL AVENUE
   PISCATAWAY NJ 08855

4. SQUARE D COMPANY
   1415 S. ROSELLE ROAD
   PALATINE IL 60067

5. SIEMEN'S INDUSTRY INC. AS SUCCESSOR TO SIEMEN'S ENERGY & AUT
   333 OLD MILTON PARKWAY
   ALPHARETTA GA 30005

6. SCHLUMBERGER NV
   5599 SAN FELIPE 17TH FLOOR
   HOUSTON TX 77056

7. RUMSEY ELECTRIC CO.
   15 COLWELL LANE
   CONSHOHOCKEN PA 19428

8. ROCKBESTOS CO. C/O U.S. CORPORATION CO
   2704 COMMERCE DRIVE SUITE B
   HARRISBURG PA 17110

9. RAYTHEON
   870 WINTER STREET
   WALTHAM MA 02451

10. PARKER HANNIFIN
    6035 PARKLAND BLVD.
    CLEVELAND OH 44124

11. OCEAN VIEW CAPITAL INC.
    (F/K/A TRIANGLE WIRE & CABLE) 10 LINCOLN CENTER BLVD.
    LINCOLN RI 02865

12. MOTOROLA SOLUTIONS
    1301 EAST ALGONQUIN ROAD
    SCHAUMBURG IL 60196

13. MINNESOTA MINING AND MANUFACTURING
    3 M CENTER
    ST. PAUL MN 55144

14. METROPOLITAN LIFE INSURANCE CO.
    27-01 QUEENS PLAZA NORTH
    LONG ISLAND CITY NY 11101

15. LOCKHEED MARTIN
    6801 ROCKLEDGE DRIVE
    BETHESDA MD 20817

16. KEELER-DORR-OLIVER INC., C/O MARK F. LIGHETTI, ESQ
    THREE LOGAN SQUARE 1717 ARCH STREET, SUITE 3710
    PHILADELPHIA PA 19103

17. HONEYWELL INC.
    101 COLUMBIA ROAD
    MORRISTOWN NJ 07362

18. HONEYWELL INTERNATIONAL
    101 COLUMBIA ROAD
    MORRISTOWN NJ 07960

19. GOULD ELECTRONICS INC.
    2390 E. CAMELBACK ROAD SUITE 110
    PHOENIX AZ 85016

20. GTE PRODUCTS OF CONNECTICUT CORPORATION
    100 ENDICOTT STREET
    DANVERS MA 01923

21. GREENE, TWEED & COMPANY
    DETWEILER ROAD
    KULPSVILLE PA 19443

22. GENERAL ELECTRIC COMPANY
    ONE RIVER ROAD
    SCHENECTADY NY 12345

23. EMERSON
    8000 W. FLORISSANT AVENUE

ST. LOUIS MO 63136
24. EATON CORPORATION
    1300 EAST 9TH STREET
    CLEVELAND OH 44114
25. CLEAVER-BROOKS, INC. A DIVISION OF AQUA-CHEM, INC.
    3707 NORTH RICHARDS P.O. BOX 421
    MILWAUKEE WI 53201
26. CLARK EQUIPMENT COMPANY
    A DIVISION OF INGERSOLL RAND P.O. BOX 8400
    PISCATAWAY NJ 08855
27. CLARK CONTROLLER CO. C/O CT PRODUCTS CORPORATION
    100 ENDICOTT STREET
    DANVERS MA 01923
28. CBS CORPORATION, FORMERLY WESTINGHOUSE ELECTRIC CORPORATION
    80 STATE STREET
    ALBANY NY 12207
29. CARRIER CORPORATION
    1 CARRIER PLACE
    FARMINGTON CT 06034
30. BUFFALO PUMPS, INC.
    874 OLIVER STREET
    NORTH TONAWANDA NY 14120
31. BELDEN MANUFACTURING CO.
    7733 FORSYTH BLVD., #800
    ST. LOUIS MO 63105
32. BBC BROWN BOVERI (K/N/A ABB, INC.,
    CONSTITUTION PLACE, SUITE 1320 325 CHESTNUT STREET
    PHILADELPHIA PA 19106
33. BASIC, INC.
    C/O CT CORPORATION SYSTEMS 116 PINE STREET, SUITE 320
    HARRISBURG PA 17101
34. ALLEN-BRADLEY COMPANY
    8040 EXCELSIOR DRIVE SUITE 200
    MADISON WI 53717
35. ALCATEL-LUCENT
    600-700 MURRAY HILL AVENUE
    MURRAY HILL NJ 07974
36. AIRECN MANUFACTURING CORP.
    1401 FAIR FAX TRAFFIC WAY
    KANSAS CITY KS

PAUL, REICH & MYERS, P.C.
Firm No. 99997
By: Robert E. Pau, Esquire
Identification No. 21252
Attorney for Plaintiff
1608 Walnut Street, Suite 500
Philadelphia, PA 19103
(215) 735-9200

---

THIS IS NOT AN ARBITRATION
MATTER. Filed and Attested by
ASSESSMENT OF DAMAGES PROTHONOTARY
HEARING NOT REQUIRED. 04:56 pm
JURY TRIAL DEMANDED. S. MURPHY

---

IN THE COURT OF COMMON PLEAS
OF PHILADELPHIA COUNTY
TRIAL DIVISION: CIVIL SECTION

---

CALVIN DAMON and
ROSEANNE DAMON, h/w
125 Delaware Drive
Milford, PA 18337

vs.

AIREON MANUFACTURING CORP.
1401 Fair Fax Traffic Way
KANSAS CITY, KS
(continued...)

FEBRUARY TERM, 2014

NO.

ASBESTOS CASE

---

COMPLAINT – CIVIL ACTION
2090 ASBESTOS

---

NOTICE

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

PHILADELPHIA BAR ASSOCIATION
LAWYER REFERRAL AND INFORMATION SERVICE
ONE READING CENTER
PHILADELPHIA, PENNSYLVANIA 19107
TELEPHONE: (215) 238-1701

---

AVISO

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las páginas siguientes, usted tiene veinte (20) días de plazo al partir de la fecha de la demanda y la notificación. Hace falta asentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomar medidas y puede continuar la demanda en contra suya sin previo aviso o notificación. Además, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

LLEVE ESTA DEMANDA A UN ABOGADO INMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO, VAYA EN PERSONA O LLAME POR TELÉFONO. A LA OFICINA CUYA DIRECCIÓN SE ENCUENTRA ESCRITA ABAJO PARA AVER GUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.

ASOCIACIÓN DE LICENCIADOS DE FILADELFIA
SERVICIO DE REFERENCIA E INFORMACIÓN
ONE READING CENTER
FILADELFIA, PENNSYLVANIA 19107
TELÉFONO: (215) 238-1701

Case ID: 140202955

ALCATEL-LUCENT
600-700 Murray Hill Avenue
MURRAY HILL, NJ 07974

ALLEN-BRADLEY COMPANY ()
8040 Excelsior Drive, Suite 200
MADISON, WI USA  53717

BASIC, INC. (115)
c/o CT Corporation Systems
116 Pine Street, Suite 320
HARRISBURG, PA  17101

BBC BROWN BOVERI (465)
(k/n/a ABB, Inc.)
c/o WILLIAM J. O'BRIEN
DELANY & O'BRIEN
Constitution Place, Suite 1320
325 Chestnut Street
PHILADELPHIA, PA  19106

BELDEN MANUFACTURING CO. (7279)
7733 Forsyth Blvd., #800
ST. LOUIS, MO  63105

BUFFALO PUMPS, INC. ()
874 Oliver Street
North Tonawanda, NY  14120

CARRIER CORPORATION ()
1 Carrier Place
FARMINGTON, CT  06034

CBS Corporation, formerly Westinghouse Electric Corporation ()
c/o Prentice Hall
80 State Street
ALBANY, NY  12207

CLARK CONTROLLER CO. (396)
c/o GTE Products Corporation
100 Endicott Street
DANVERS, MA  01923

CLARK EQUIPMENT COMPANY (2686)
A Division of Ingersoll Rand
P.O. Box 6820
PISCATAWAY, NJ  08855

CLEAVER-BROOKS, INC. (155)
A Division of Aqua-Chem, Inc.
3707 North Richards
P.O. Box 421
MILWAUKEE, WI  53201

EATON CORPORATION (434)
CT Corporation
1300 East 9th Street
CLEVELAND, OH  44114

EMERSON ()
8000 W. FLORISSANT AVENUE
ST. LOUIS, MO  63136

GENERAL ELECTRIC COMPANY (064)
One River Road
SCHENECTADY, NY  12345

GREENE, TWEED & COMPANY (132)
Detweiler Road
KULPSVILLE, PA  19443

GTE PRODUCTS OF CONNECTICUT CORPORATION ()
100 Endicott Street
Danvers, MA  01923

Gould Electronics Inc. ()
CT Corporation Systems
2390 E. Camelback Road
Suite 110
PHOENIX, AZ  85016

HONEYWELL INTERNATIONAL (048)
101 Columbia Road
MORRISTOWN, NJ  07960

HONEYWELL, INC ()
101 Columbia Road
Morristown, NJ  07962

KEELER-DORR-OLIVER INC. (225)
c/o Walter S. Jenkins, Esq.
Maron & Marvel P.A.
Three Logan Square
1717 Arch Street, Suite 3710
PHILADELPHIA, PA  19103

LOCKHEED MARTIN
6801 Rockledge Drive
BETHESDA, MD 20817

METROPOLITAN LIFE INSURANCE CO. ()
27-01 Queens Plaza North
LONG ISLAND CITY, NY  11101

MINNESOTA MINING AND MANUFACTURING ()
3 M Center
ST. PAUL, MN  55144

MOTOROLA SOLUTIONS
1301 East Algonquin Road
SCHAUMBURG, IL 60196

OCEAN VIEW CAPITAL, INC. ()
(f/k/a Triangle Wire & Cable)
10 Lincoln Center Boulevard
Lincoln, RI  02865

PARKER HANNIFIN ()
6035 Parkland Blvd.
CLEVELAND, OH  44124

RAYTHEON
870 Winter Street
WALTHAM, MA 02151

ROCKBESTOS CO. (425)
c/o U.S. Corporation Co.
2704 Commerce Drive, Suite 3
HARRISBURG, PA  17110

RUMSEY ELECTRIC CO. (477)
15 Colwell Lane
CONSHOHOCKEN, PA  19428-0227

SCHLUMBERGER NV
5599 San Felipe
17th Floor
HOUSTON, TX 77056

SIEMEN'S INDUSTRY INC., as successor to Siemen's Energy &
Automation, Inc. ()
333 Old Milton Parkway
ALPHARETTA, GA  30005

SQUARE D COMPANY (4399)
1415 S. Roselle Road
PALATINE, IL  60067

TRANE US INC. ()
f/k/a American Standard Inc.
1 Centennial Avenue
PISCATAWAY  NJ  08855

USX CORPORATION (4653)
600 Grant Street
PITTSBURGH, PA  15219

WESTERN ELECTRIC ()
c/o Alcatel Lucent
600-700 Moutain Road
MURRAY HILL, NJ  07974

PAUL, REICH & MYERS, P.C
Firm No. 99992
By: Robert E. Paul, Esquire
Identification No. 21252
Attorney for Plaintiff
608 Walnut Street, Suite 500
Philadelphia, PA 19103
(215) 735-9200

<div style="border:1px solid">
THIS IS NOT AN ARBITRATION
MATTER.
ASSESSMENT OF DAMAGES
HEARING NOT REQUIRED.
JURY TRIAL DEMANDED.
</div>

IN THE COURT OF COMMON PLEAS
OF PHILADELPHIA COUNTY
TRIAL DIVISION: CIVIL SECTION

CALVIN DAMON and
ROSEANNE DAMON, h/w
126 Delaware Drive
Milford, PA 18337

   vs

AIREON MANUFACTURING CORP., et al
1401 Fair Fax Traffic Way
KANSAS CITY, KS

FEBRUARY TERM, 2014

NO.

COMPLAINT – CIVIL ACTION
ASBESTOS

    1.   Plaintiffs, CALVIN DAMON and Roseanne DAMON, husband and wife, reside at 126 Delaware Drive, MILFORD, Pennsylvania, and are citizens of the Commonwealth of Pennsylvania.

    2.   Plaintiff, CALVIN DAMON was born on July 29, 1946, and his Social Security Number is 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.

    3.   Plaintiff, CALVIN DAMON's only dependent is his wife Roseanne Damon.

    4.   Plaintiff, CALVIN DAMON, has smoked approximately 1 pack(s) of cigarettes per day from 1963 until 2003.

Case ID: 140202955

5.   Plaintiff's Social Security and IRS records will be furnished upon receipt.

6.   Plaintiff's work history is as follows:

(a) From 02/01/64 to 12/01/67 - U.S. Navy (USS Lake Champlain/USS Independence) as a radarman/3rd class e-4.

(b) From 01/01/67 to 05/31/67 - Metropolitan Life (Hoboken, NJ) as a salesman.

(c) From 06/01/67 to 07/31/68 - Two Guys Department Store (Hackensack, NJ) as a pet dept. worker.

(d) From 08/01/68 to 07/31/70 - Edwin's Sport Shop (Patterson, NJ) as a salesman.

(e) From 08/01/70 to 07/31/72 - Doctor's Pet Centers (Wayne, NJ) as a pet dept. salesman.

(f) From 08/01/72 to 12/31/73 - Sea Shell Pet Shop as an owner.

(g) From 01/01/74 to 12/31/74 - The Money Paper (Toms River, NJ) as a sales & marketing person.

(h) From 01/01/74 to 12/31/74 - Mark Scott Pubb (Dover, NJ) as a sales & marketing person.

(i) From 01/01/76 to 05/31/79 - Shawnee on Delaware as a time share salesman.

(j) From 06/01/79 to 05/31/80 - RONC Market Group County Square as a salesman.

(k) From 06/01/80 to 05/31/83 - Fernwood Resort (Duskill, PA) as a salesman.

(l) From 06/01/83 to 05/31/85 - Wayne Newton Resort as a time share salesman.

(m) From 06/01/85 to 10/31/86 - Atlantic Solar (Fishkill, NJ) as a sales manager.

(n) From 11/01/86 to 12/31/87 - NACO as a campground time share salesman.

(o) From 01/01/88 to 12/31/88 - The Breakers Condos in Atlantic City, NJ as a sales consultant.

(p) From 01/01/88 to 12/31/88 - Preferred Builders (Poconos) as a sales consultant.

(q) From 01/01/89 to 12/31/89 - DNK Company as a home designer salesman.

(r) From 01/01/99 to 05/31/06 - Homes of Distinction as a salesman.

(s) From 06/01/06 to 12/31/08 - A to Z Custom Homes as a salesman.

7. Plaintiff believes and therefore avers that he was exposed to asbestos only in the Navy in the years 1964-1967.

8. Plaintiff incorporates by reference against defendants all the allegations of the Complaints filed in <u>Joan Nealy, Executrix of Harry Platt v. Abex Corporation</u>, et al., Philadelphia C.P. May Term, 1985, No. 2678, <u>Rafael and Cecilia Montero v. Abex Corporation</u>, et al., Philadelphia C.P. July Term, 1986, No. 1216, and <u>Richard and Suzanne Balbirer v. Abex Corporation</u>, et al., Philadelphia C.P. July Term, 1986, No. 649, and in <u>Anna Tedeschi, Administratrix of Cosmo Tedeschi v. Abex Corporation</u>, et al., Philadelphia C.P. January Term, 1986, No. 1641, and in the Master Plaintiffs' Complaint filed and prepared pursuant to the Order establishing the Master Pleadings Procedure in the Court of Common Pleas as if fully set out herein.

9. All allegations against defendants named in this lawsuit which were made in the Complaints filed in the lawsuits annotated in Paragraph 8 above or in the Master

Case ID: 140202955

Complaint are incorporated by reference.

11. While Plaintiff believes that the master complaint sufficiently pleads fact that demonstrate his exposure was pursuant to the maritime jurisdiction of the Court, he specifically avers that his exposure was on board ships and therefore is under the maritime jurisdiction of the Court.

(a) At all times material Aireon Manufacturing Corp. and/or its predecessors sold radar sonar and electrical equipment containing asbestos.  Exposure to such products caused the injuries herein.

(b) At all times material, Lucent is the successor in interest to Western Electric and Bell Labs and At&T Technologies. At all times material one or more of these entities supplied, the following asbestos products flat type resister, wire with felted asbestos coverings, washers, cable bags, cable vault covers, cement conduit, asbestos fillers, asbestos gloves, ebony power boards, asbestos paper and millboard, phenolic molding compounds, asbestos sheet, asbestos covered cables, asbestos braided sleeving, asbestos tape and packing sheet, graphite asbestos, soldering wiping pads, power cords, cable, board and radar and sonar equipment containing asbestos for the Navy.  Exposure to such asbestos products caused the injuries herein.

(c) Defendant, Allen-Bradley Company, is a Wisconsin corporation with its principal place of business at 1201 S. Second Street, Milwaukee, Wisconsin 53204. Allen-Bradley is the successor in interest to the Rostone Corporation or sole shareholder of its creature and alter ego Rostone Corporation. It is responsible for all injuries caused by Rostone or by the Rostone Division of Allen-Bradley or its predecessors or by Allen-Bradley. The various

Rostone entities and Allen-Bradley sold Rosite and other asbestos containing products to Westinghouse Electric and other entities including the Navy for power and other electrical uses. Exposure to these asbestos products caused the injuries complained of herein.

(d) Defendant, BBC Brown Boveri, is a Delaware corporation with its principal place of business in Delaware. It or its predecessors sold asbestos containing arc chutes, molded products and other asbestos products which caused the injuries complained of herein.

(e) Belden Manufacturing Company is a Missouri corporation with its principal place of business located in Missouri. At all times material it sold asbestos wire and cable and braid which caused the injuries complained of herein.

(f) At all times Buffalo sold pumps and/or valves insulated with asbestos or designed to be insulated with asbestos. As a result of exposure to asbestos on Buffalo pumps the injured party suffered the injureis complained of herein.

(g) At all times material Carrier or its predecessors sold asbestos containing equipment. Exposure to asbestos on Carrier's equipment caused the injuries complained of herein.

(h) The defendant, Clark Equipment Co., is an Indiana corporation which, at all times material, sold equipment containing asbestos products such as brake linings and gaskets or designed to include asbestos products supplied by others.

(i) Defendant, Cleaver-Brooks, Inc., is a Delaware corporation with a principal place of business located in Lebanon, Pennsylvania. At all times material hereto Cleaver-Brooks, Inc. sold boilers which were designed or intended to be insulated with asbestos. Because the boilers failed to contain adequate and

sufficient warnings of the possible hazards of asbestos, they were defective and the conduct of defendant in selling that those products without such warnings was negligent. Since asbestos insulation on the boilers had to be removed, it was dangerous and warnings should have been given. Cleaver supplied the asbestos for the boilers

(j) Defendant, Eaton Corporation, is an Ohio corporation with its principal place of business located at 1111 Superior Avenue, S.E., Cleveland, Ohio. Eaton Corporation is the successor in interest to Cutler-Hammer Inc which sold asbestos containing brakes and electrical products that caused the injuries herein such as for power, radar and sonar use on ships.

(k) At all times material defendant Emerson or its predecessors in interest designed and/or intended its equipment to include asbestos or knew its products were likely to be insulated with asbestos.   Exposure to the asbestos from the defendant's product caused the injuries complained of herein.

(l) Defendant, Greene, Tweed & Company, is a Pennsylvania corporation with its principal place of business located at Detweiler Road, Kulpsville, Pennsylvania.

(m) Defendant, GTE Products Corporation, is the successor in interest to the company which manufactured Clark asbestos-containing brake shoes and Clark Controller electrical products.  Exposure to such asbestos caused the injuries herein.

(n) Defendant Gould is a Delaware Corporation with its principal place of business in Arizona.  At all times material defendant Gould Electronics or its predecessors manufactured, assembled sold or delivered asbestos containing electrical products or designed or intended its electrical products to contain or be

covered by asbestos such as but not limited to Bulldog brand products containing or covered by asbestos.  Exposure to asbestos from these products caused the injuries complained of herein.

(o) Defendant, HONEYWELL at all times material sold and/or installed, and thermocouples and valves containing asbestos. As a result of the asbestos being released during installation, operation or repair of the products at issue herein, the asbestos was inhaled by the injured person causing the injuries complained of herein.

(p) Defendant, Keeler/Dorr - Oliver Boiler Co., is a Pennsylvania Corporation with its principal place of business at 238 West Street, Williamsport, Pennsylvania. At all times material to this action, Keeler/Dorr-Oliver or its predecessor in interest, Keeler, sold boilers designed to include asbestos or which it knew or should have known would be insulated with asbestos and on which asbestos would be installed and from which asbestos would be removed. As a result of working on, in or around Keeler boilers, employee herein was exposed to asbestos which caused his injuries.

(q) At all times material Lockheed Martin and/or its predecessors sold radar sonar and electrical equipment containing asbestos.  Exposure to such products caused the injuries herein.

(r) At all times material Metropolitan Life Insurance Company conspired with others to prevent dissemination of knowledge of the possible hazards of asbestos.

(s) At all times material defendant Minnesota Mining and Manufacturing sold asbestos products which caused the injuries complained of herein including arc proofing tape and also sold defective respirators which did not prevent the injuries herein. It

is also sued as a supplier of asbestos-containing body filler and other products for automobiles and ships.

(t) At all times material defendant Motorola Solutions or its predecessor(s) such as Galvin Manufacturing sold asbestos-containing radar sonar and electrical products. Exposure to such asbestos products caused the injuries herein.

(u) Defendant Ocean View Capital, Inc., successor to Triangle Wire and Cable Company, is a Rhode Island corporation with its principal place of business located at 900 Third Avenue, New York, New York. At all times material to this action it sold asbestos-containing products to which plaintiff or decedent was exposed. This exposure was a substantial contributing factor to the injuries complained of herein.

v) At all times material to this action, defendant Parker Hannifin, manufactured and sold asbestos-containing gaskets, exposure to which caused the injuries at issue herein.

(w) At all times material Raytheon and its predecessors sold asbestos-containing radar, sonar and electrical products. Exposure to such asbestos caused the injuries herein.

(x) Defendant, Rumsey Electric Company, is a Pennsylvania corporation with its principal place of business located at 15 Colwell Lane, Conshohocken, Pennsylvania.

(y) At all times material Schlumberger's predecessor Sangamo Electric made and/or distributed asbestos containing products for sonar and radar and other electrical products. Exposure to such asbestos caused the injuries herein.

(z) Defendant, Siemen is a Delaware Corporation with its principal place of business in Georgia. At all times material defendant Siemen's or its predecessors manufactured, assembled sold

or delivered asbestos containing electrical products or designed or intended its electrical products to contain or be covered by asbestos such as but not limited to Bulldog brand production containing or covered by asbestos. Exposure to asbestos from these products caused the injuries complained of herein.

(aa)Defendant, Square D Company, is a Delaware corporation with its principal place of business located at Executive Plaza. Palatine, Illinois. It negligently sold defective asbestos-containing wire, cable, arc chutes and other asbestos-containing electrical products and control products including, but not limited to, brakes to which plaintiff/decedent was exposed.

(ab)Defendant, Trane is the successor in interest to American Standard Co. Trane and American Standard sold asbestos-containing products such as, but not limited to, radios for ships to which plaintiff was exposed.

(ac)Defendant, USX Corporation, is a Delaware corporation with its principal place of business in Pennsylvania. It is the successor in interest to US Steel. US Steel manufactured and/or distributed asbestos-containing wire and cable to which Plaintiff was exposed and which caused his injury.

(ad)At all times material to this action Western Electric sold asbestos containing power and electrical equipment for use on ships.

(ae) In addition to the claims pleaded against General electric in the Master complaint, GE is liable as the parent and successor to RCA. Both GE and RCA sold asbestos containing radio sonar and radar and other equipment which caused the injuries herein. RCA, at GE's direction, created Radio Marine Corporation

which also provided such asbestos containing products which caused the injuries herein.

(af)  In particular General Electric sold transmitter receivers serial numbers 3160158, 3160, 168, 3371200, 1120931 3120924, 2120927 for the USS Independence containing asbestos Exposure to such asbestos caused the injuries herein.

(ag)  Honeywell International successor to Bendix is sued not for brake linings but for asbestos in electrical radio sonar and radar equipment which caused the injuries herein.

11.  During the course of his employment at the worksites noted in Paragraph 6(a) supra only, plaintiff believes and therefore avers that he was exposed to asbestos fiber or asbestos products manufactured, sold, distributed, or otherwise placed into the stream of commerce by the defendants.  The term asbestos products as used herein includes asbestos-containing products such as boilers and engines and furnaces and turbines and electrical products.   The term asbestos-containing as used herein means products sold with asbestos or products whose designers, manufacturers and fabricators knew, should or could have known that it would be insulated or could be insulated with asbestos.

12.  Plaintiff does not now know whether or not he was exposed to asbestos products at worksites other than those enumerated in Paragraph 6 above, but he reserves his right to assert at trial that he was so exposed at the other sites, should such evidence develop.  Plaintiff avers that should such evidence develop, he will promptly notify defendants well in advance of trial.

13.  Plaintiff was diagnosed with lung cancer in December 2012 as a result of his asbestos exposure and was treated for the

lung cancer at Norristown Hospital   and such diagnosis was accompanied by discernible or ascertainable physical symptoms and/or functional impairment and/or other detrimental effects as a result of the exposure to asbestos.   Plaintiff has developed symptoms due to his asbestos inhalations and injuries

14.  Plaintiffs plead for all of the items of damages set forth in the Complaints filed in the cases of Rafael Montero and Richard Balbirer and in the Master Complaint for all asbestos cases in the Court of Common Pleas which Complaints are referenced in Paragraph 9 of this Complaint.

**WHEREFORE**, plaintiffs demand of defendants a sum in excess of Fifty Thousand Dollars ($50,000.00 , exclusive of interest and costs for compensatory damages, and a sum in excess of Fifty Thousand Dollars ($50,000.00) in punitive damages.

PAUL, REICH & MYERS P.C.

BY: _____
ROBERT E. PAUL

<u>VERIFICATION</u>

I hereby certify that I am the Plaintiff in the instant matter and the facts contained herein are true and correct to the best of my knowledge, information and belief. This statement is made subject to the penalties of 18 Pa. C.S. § 4904 relating to unsworn falsification to authorities.



*LoNG FoRM CoE PLLaN*

IN THE COURT OF COMMON PLEAS
FOR PHILADELPHIA COUNTY

IN RE: ASBESTOS LITIGATION : OCTOBER TERM, 1986
IN PHILADELPHIA COURT OF : NO. 8610-000
COMMON PLEAS :

PLAINTIFFS' MASTER LONG-FORM COMPLAINT IN
GAF, JOHNS-MANVILLE AND OWNS-CORNING FIBERGLAS
PLANT WORKER CASES

Pursuant to an Order dated July 30, 1986, by the
Honorable Edward J. Blake and the Honorable Richard B.
Klein, the undersigned attorneys for plaintiffs in asbestos
actions bring this Master General Long-Form Complaint
against the following defendants:

A. C. & S., INC.
180 W. Church Road
King of Prussia, Pennsylvania 19406

ABEX CORPORATION
c/o Prentice Hall Corporation
System, Inc.
100 Pine Street
Harrisburg, Pennsylvania 17108

**PROTHONOTARY**
CODED

OCT 08 1986

DATA PROC. C. RICE

AETNA CASUALTY & SURETY CO.
115 Farmington Avenue
Hartford, Connecticut 06115

AIRCO WELDERS SUPPLY
4501 N. Howard Street
Philadelphia, Pennsylvania 19140

ALLIED CORPORATION
Columbian Road & Park
Morristown, New Jersey 07961

ALLPAX (USA) INC.
Marmeroneck, New York

AMCHEM PRODUCTS, INC.
300 Brookside Avenue
Ambler, Pennsylvania 19002

AMERICAN ENERGY PRODUCTS, INC.
667 Brea Canyon Road
Suite 20-B
Walnut, California 91789

AMERICAN MOTORS SALES CORPORATION
c/o CT Systems
123 South Broad Street
Philadelphia, Pennsylvania 19107

AMERICAN STANDARD
Station Street
Wilmerding, Pennsylvania

AM GENERAL CORPORATION
701 Chippewa Avenue
South Bend, Indiana

AMOSA (PTY) LTD.
The Corner House
63 Fox Street
Johannesburg 2001 TVL
Republic of South Africa

ANCHOR PACKING COMPANY, INC.
One Buttonwood Square
2001 Hamilton Street
Philadelphia, Pennsylvania  19130

A.P. GREEN REFRACTORIES COMPANY
Hedley and Delaware Avenue
Philadelphia, Pennsylvania 19137

ARMSTRONG WORLD INDUSTRIES, INC.
Liberty and Charlotte Streets
Lancaster, Pennsylvania 17604

ASBEKA INDUSTRIES OF N.Y., INC.
2324 McDonald Avenue
Brooklyn, New York

ASBESTOS CORPORATION LTD.
1940 Sun Life Building
1155 Metcalf Street
Montreal, Canada  H3B2X6
          or
Thetford Mines
Quebec, Canada

ASBESTOS INSULATION COMPANY, INC.
a/k/a Deerland Corporation
311 West Marshall Street

Norristown, Pennsylvania 19401
ASBESTOS PRODUCTS MFG. CORPORATION
c/o Herbert L. Levine
3215 Avenue "H"
Brooklyn, New York  11210

ASBESTOSPRAY CORPORATION
c/o Herbert L. Levine
3215 Avenue "H"
Brooklyn, New York  11210

ASHLAND OIL, INC.
Box 391
Ashland, Kentucky  41114

ASSOCIATED INSULATION, INC.
Pennsylvania

ASSOCIATED MINERALS CORPORATION
Iver Lane Cowley, Uxbridge
Middlesex, England

ASTEN-HILL MANUFACTURING COMPANY
Henry and Roberts Avenues
Philadelphia, Pennsylvania

ATLAS TURNER, INC.
5600 Hochelaga Street
Montreal, Quebec, Canada

AUTOMOTIVE PARTS COMPANY
5505 Centre Avenue
Pittsburgh, Pennsylvania

A.W. CHESTERTON, INC.
Massachusetts

BABCOCK and WILCOX
1810 Chapel Ave. West
Cherry Hill, New Jersey
          or
c/o Charles J. Tague, Jr.
P.O. Box 1310
Bryn Mawr, Pennsylvania  19010
      or
1010 Common Street
New Orleans, Louisiana  70106

BABCOCK and WILCOX TUBULAR PRODUCTS
Box 401
Beaver Falls, Pennsylvania  15010

BALTIMORE & OHIO RAILROAD
c/o Rudolph Garcia, Esquire
Centre Square West, 38th Floor
Philadelphia, Pennsylvania  19102

BARKER PIPE FITTINGS CO.
271 Lancaster Pike
Frazer, Pennsylvania  19355

BASIC, INCORPORATED
845 Hama Building
Cleveland, Ohio  44115

BELL ASBESTOS MINES, LTD.
c/o Thetford Mines
P.O. Box 99
Quebec, Canada

BENJAMIN FOSTER
Division of Amchem
25 Brookside Avenue
Ambler, Pennsylvania  19002

BEVCO INDUSTRIES
790 Birney Highway
Aston, Pennsylvania 19014

BIRD, INCORPORATED
Washington Street
East Walpole, Massachusetts  02032

BORG WARNER CORPORATION
615 Griswold
Detroit, Michigan 48226

BRAKE & CLUTCH COMPANY
OF PHILADELPHIA
1610 Fairmount Avenue
Philadelphia, Pennsylvania 19130

BRAND INSULATIONS, INC.
c/o Norman L. Haase
Kelly, Haase & Dunn
344 West Front Street
Media, Pennsylvania 19063

BRINCO MINING LTD.
2000 Guiness Tower
1055 W. Hastings Street
Vancouver, B.C.
Canada V6E 3VE

BRITISH SOUTH AFRICA CO., LTD.
40 Holborn Viaduct
London, England

CAPE ASBESTOS FIBRES, LTD.
114 Park Street
London, W1Y 4AB
England

CAPE ASBESTOS INDUSTRIES, LTD.
114 Park Street
London, England

CAPE ASBESTOS S.A. (PTY) UNITED LTD.
The Corner House
63 Fox Street
Johannesburg 2001 TVL
Republic of South Africa

CAPE BOARD & PANELS
Iver Lane, Uxbridge
UB8, 2EQ, England

CAPE INDUSTRIES, LTD.
114 Park Street
London, W1Y 4AB
England

CAREY-CANADA, INC.
P.O. Box 190
E. Boroughton Station
Quebec, Quebec,
Canada G0N1H0

CARLISLE CORPORATION
Molded Materials Co.
d/b/a/ Motion Control Industries
P.O. Box P
Gillis Avenue
Ridgeway, Pennsylvania

CE MINERALS, INC.
443 South Gulph Road
King of Prussia, Pennsylvania   19406

CE REFRACTORIES
a Division of Combustion Engineering, Inc.
901 East 8th Avenue
King of Prussia, Pennsylvania
          or
900 Long Ridge Road
Stampen, Connecticut   06902

CELOTEX CORPORATION
c/o C.T. Corporation System
123 South Broad Street
Philadelphia, Pennsylvania 19109
          or
1500 W. Dalemabry Highway
Tampa, Florida   33607

CENTRAL JERSEY INDUSTRIES, INC.
2 Aldwyn Center
Villanova, Pennsylvania   19085

CENTRAL MINING FINANCE, LTD.
40 Holborn Viaduct
London, England

CERTAIN-TEED CORPORATION
Swedesford and Old School Roads
Valley Forge, Pennsylvania 19481

CHARLES F. GUYON
c/o Theodore Levy
900 South 4th Street
Harrison, New Jersey  07029

CHARTER CONSOLIDATED INVESTMENT'S, LTD.
40 Holborn Viaduct
London, England

CHARTER CONSOLIDATED P.L.C.
40 Holborn Viaduct
London, England

CHARTER CONSOLIDATED SERVICES, LTD.
40 Holborn Viaduct
London, England

CHICAGO FIRE BRICK CO.
c/o Ralph Schindler
1467 N. Elston Avenue
Chicago, Illinois  60622

CHILDERS PRODUCTS COMPANY, INC.
23350 Merchantville Road
Cleveland, Ohio  44122

CHRYSLER CORPORATION
c/o G. Lee Philp
1200 Lynn Townsend Drive
Highland Park, Michigan  48203

CLARK CONTROLLER COMPANY
CT Company
123 South Broad Street
Philadelphia, Pennsylvania  19107

COLLINS PACKING COMPANY, INC.
5024 Mulberry Street
Philadelphia, Pennsylvania  19124

COLONIAL ELECTRIC SUPPLY
A Pennsylvania Corporation
2901 PSFS Building
Philadelphia, Pennsylvania

COLONIAL RUBBER
Elbo Lane and Texas Avenue
Mount Laurel, New Jersey 08054

COLUMBIA BOILER COMPANY OF POTTSTOWN
Old Reading Pike,
P. O. Box G
Pottstown, Pennsylvania 19464

COMBUSTION ENGINEERING CO., INC.
c/o Weaver, Willman & Arnold
705 McKnight Park Drive
Pittsburgh, Pennsylvania  15237
        or
900 Long Ridge Road
Stamford, Connecticut  06902

CONSOLIDATED MINES SELECTION CO., LTD.
40 Holborn Viaduct
London, England

CONSOLIDATED RAIL CORPORATION
Six Penn Center Plaza
Philadelphia, Pennsylvania  19104

COONEY BROTHERS, INC.
S.W. Corner 5th and Dauphin
Philadelphia, Pennsylvania 19133

CRANE PACKING
682 Parkway
Broomall, Pennsylvania

CROWN CORK & SEAL COMPANY, INC.
c/o C.T. Corporation System
123 South Broad Street
Philadelphia, Pennsylvania 19109

C. TENNANT & SONS & CO., OF NEW YORK
Division of Cargil
P. O. Box 9300
Minneapolis, Minnesota  55440

CULP BROTHERS, INC.
R.R.2
Box 369
Perkasie, Pennsylvania  18944

CURTIS INDUSTRIES
Division of Congoleum Corporation
CT Systems
123 South Broad Street
Philadelphia, Pennsylvania

DANA CORPORATION
4500 Dorr Street
P.O. Box 1000
Toledo, Ohio 43697
or
Corporate Trust Inc.
Resident Agent
32 South Street
Baltimore, Maryland  21202

D.A.R. INDUSTRIAL PRODUCTS, INC.
3645 N. Smedley Street
Philadelphia, Pennsylvania 19140

DAVIS BRAKE & EQUIPMENT
CORPORATION
2219 N. Second Street
Philadelphia, Pennsylvania 19133

DECKER ASSOCIATES, INC.
Pennsylvania

DELAWARE INSULATION COMPANY
Fifth Avenue & Coleman Streets
Wilmington, Delaware 19899

DELAWARE VALLEY SAFEGUARD
COMPANY, INCORPORATED
Leiz's Road
R D #1
Leesport, Pennsylvania  19533

DELCO PRODUCTS
P.O. Box 1042
Dayton, Ohio
     or
3031 West Grand Blvd.
P.O. Box 33122
Detroit, Michigan

DRAVCO CORPORATION
One Oliver Plaza
Pittsburgh, Pennsylvania 15222

DRESSER INDUSTRIES, INC.
c/o CT Corporation Systems
320 Oliver Building
Pittsburgh, Pennsylvania  15222

DURABLA
27 Industrial Boulevard
Paoli, Pennsylvania  19301
     or

5th & Liberty Avenues
Pittsburgh, Pennsylvania

DURAMETALLIC CORPORATION
c/o C.T. Corporation System
123 South Broad Street
Philadelphia, Pennsylvania 19109

DUROX EQUIPMENT COMPANY
12351 Prospect Road
Cleveland, Ohio  44136

EAGLE-PICHER INDUSTRIES, INC.
c/o C.T. Corporation System
123 South Broad Street
Philadelphia, Pennsylvania 19109

EARL B. BEACH COMPANY
A Pennsylvania Corporation
546 Penn Street
Yeadon, Pennsylvania

EAST PENN REFRACTORIES
P. O. Box 277
Lehigh Street
Reading, Pennsylvania  19603

EATON CORPORATION, formerly known
as Cutler Hammer, Inc.
c/o C. T. Corporation
123 Broad Street
Philadelphia, Pennsylvania

EGNEP (PTY) LTD.
Burlington House
22 Rissik Street
Johannesburg, Tvl
Republic of South Africa

ELBO INDUSTRIAL SUPPLY COMPANY
305 N.6th Street
Philadelphia, Pennsylvania 19106

EMPIRE ACE INSULATION COMPANY
One Cozin Avenue
Brooklyn, New York 11207

EMPIRE INSULATION OF NORTHEAST MISSOURI
c/o Gilbert Coan
Box 215
Lewiston, Missouri  63452

ERIE-LACKAWANNA, INC.
1302 Midland Building
Cleveland, Ohio 44115

F. B. WRIGHT DISTRIBUTION CO.
180 Church Street
King of Prussia, Pennsylvania

FERRO ENGINEERING, a Division of
Oglebay Norton Company
100 West 10th Street
Wilmington, Delaware   19801

FIBREBOARD CORPORATION
22 Battery Street
Suite 404
San Francisco, California   94133

FIRESTONE TIRE & RUBBER CO.
Worldbestos Division
1112 South 25th Street
New Castle, Indiana   47362

FLEXITALLIC GASKET COMPANY
151 Heller Place
Bellmawr, New Jersey   08031

FLINTKOTE CO.
365 W. Passaro Street
Rochelle Park, New Jersey   07662
        or
4 Embarcadero Center
San Francisco, California   94111

FORD MOTOR COMPANY
c/o Sidney Kelly
The American Road
Dearborn, Michigan   48121

FOSECO, INCORPORATED
123 South Broad Street
Philadelphia, Pennsylvania   19109

FOSTER WHEELER CORPORATION
668 5th Avenue
New York, New York   10019

GAF CORPORATION
c/o Prentice Hall Corporation Systems
100 Pine Street
Harrisburg, Pennsylvania 17108
        or
1361 Alps Road
Wayne, New Jersey   07470

-10-

GARFIELD MOLDING COMPANY, INC.
P.O. Box 40
Garfield, New Jersey  17026

GARLOCK, INC.
P.O. Box 8090
Longview, Texas 75601

GENERAL ELECTRIC COMPANY
One River Road
Schnectady, New York

GENERAL MOTORS CORPORATION
c/o C.T. Corporation System
123 South Broad Street
Philadelphia, Pennsylvania 19109

GENERAL REFACTORIES
225 City Avenue
Bala Cynwyd, Pennsylvania  19004

GENSTAR CORPORATION
Suite 3800O
Four Embarcadero Center
San Francisco, California  96111

GEORGE A. ROWLEY & CO., INC.
a/k/a Peltz Rowley
5700 Tacony Street
Philadelphia, Pennsylvania  19135

GEORGE V. HAMILTON, INC.
326 Linden Street
McKees Rocks, Pennsylvania

GEORGIA-PACIFIC CORPORATION
c/o C.T. Corporation System
123 South Broad Street
Philadelphia, Pennsylvania 19109

GLOBE REFRACTORIES, INC.
P. O. Box D
Newell, West Virginia  26050

GOULDS PUMPS, INC.
240 Fall Street
Seneca Falls, New York  13148

GREEN TWEED & COMPANY, INC.
Deweiler Road
Kulpsville, Pennsylvania

GRIFFIN WHEEL COMPANY
Division of Amsted
3700 Prudential Plaza
Chicago, Illinois  60601

GRUMMAN OHIO CORPORATION
c/o C.T. Corporation
123 S. Broad Street
Philadelphia, Pennsylvania 19109

GTE SYLVANIA
c/o C. T. Corporation
123 Broad Street
Philadelphia, Pennsylvania

HAJOCA PLUMBING COMPANY
123 South Broad Street
Philadelphia, Pennsylvania 19109

HARNISCHFEGER CORPORATION
CT Systems
123 South Broad St.
Philadelphia, Pennsylvania 19107

H. K. PORTER CO., INC.
Porter Building
601 Grant Street
Pittsburgh, Pennsylvania  15219

HOPEMAN BROTHERS, INC.
435 Essex Avenue
Waynesboro, Virginia 22980

HUXLEY DEVELOPMENT CORP.
805 3rd Avenue, 28th Floor
New York, New York  10022

INDUSTRIAL PRODUCTS COMPANY
21 Cabot Boulevard
Langhorne, Pennsylvania  19047

INDUSTRIAL SALESMASTER
S. Clinton & Elmer
Trenton, New Jersey  08611

INSULATION MATERIALS, INC.
400 Penn Centre Boulevard
Suite 204
Pittsburgh, Pennsylvania

INSULATION PRODUCTS CORPORATION
2100 East Ohio Street
Pittsburgh, Pennsylvania

INTERNATIONAL HARVESTER COMPANY
5401 N. Michigan Avenue
Chicago, Illinois  60611

JACQUAYS ASBESTOS COMPANY
c/o Jacquay's Mining Corporation
1219 South 19th Avenue
Phoenix, Arizona  85009

J.H. FRANCE REFRACTORIES CO.
Clarence Road
Snow Shoe, Pennsylvania  16874

JOHN CRANE-HOUDAILLE, INC.
682 Parkway Drive
Broomall, Pennsylvania 19008
         or
c/o C. T. Corporation System
123 Broad Street
Philadelphia, Pennsylvania 19109

J. P. STEVENS, INC.
c/o C.T. Corporation System
123 South Broad Street
Philadelphia, Pennsylvania 19109

J. W. ROBERTS, LTD.
20 Saint Mary's Parsonage
Manchester M3 2NL, England

KANE BROTHERS
457 A Street
Sharon, Pennsylvania 16146

KAY WHEEL SALES
1771 Tomlinson Road
Philadelphia, Pennsylvania

KEENE CORPORATION
c/o Prentice Hall Corporations
Systems, Inc.
100 Pine Street
Harrisburg, Pennsylvania 17108

LAC D'AMIANTE DU QUEBEC LTEE.
P.O. Box 608, Black Lake
Quebec, GOW 1AO, Canada

LEAR SIEGLER, INC.
3171 South Bundy Drive
Santa Monica, California 90406

LEHIGH VALLEY RAILROAD COMPANY
415 Brighton Street
Bethlehem, Pennsylvania   19017

LEHIGH VALLEY REFRACTORIES, INC.
Roosevelt and MacArthur Roads
Whitehall, Pennsylvania

LENCO, INC.
319 W. Main Street
Jackson, Missouri 63755

LEONARD J. BUCK, INC.
c/o Francis J. Minchak
P. O. Box 505
2 Shumpike Road
Madison, New Jersey   07940

MACK TRUCKS, INC.
2100 Mack Boulevard
P.O. Box M
Allentown, Pennsylvania 18195

MANUFACTURED RUBBER PRODUCTS COMPANY
4502 N. Howard Street
Philadelphia, Pennsylvania 19140

MAREMONT CORPORATION
c/o C.T. Corporation System
123 South Broad Street
Philadelphia, Pennsylvania 19109
          or
200 E. Randolph Street
Chicago, Illinois

McCORD GASKET
191 Labadie Avenue
Wyandotte, Michigan   48192

MELRATH GASKET COMPANY, INC.
wholly-owned subsidiary of
Melrath Gasket Holding Company, Inc.
39th Street and Hunting Park Avenue
Philadelphia, Pennsylvania
(a/k/a TNT LIQUIDATING CO.)

MELRATH GASKET HOLDING COMPANY, INC.
30th Street and Hunting Park Avenue
Philadelphia, Pennsylvania
(a/k/a TNT LIQUIDATING CO.)

MERIDEN MOLDED PLASTICS, INC.
112 Empire Avenue
Meriden, Connecticut  06450

METROPOLITAN LIFE INSURANCE COMPANY
c/o Kennety D. Merin, Director
N.J. Department of Insurance
201 East State Street
CN 325
Trenton, New Jersey  08625

MOHAWK MANUFACTURING
7354 N. Caldwell
Niles, Illinois

MONSEY PRODUCTS
Cold Stream Road
Kimberton, Pennsylvania

MOTOR SERVICES
573 Fourth Avenue
Brooklyn, New York

NATIONAL GYPSUM COMPANY
c/o C.T. Corporation System
123 South Broad Street
Philadelphia, Pennsylvania 19109

NATIONAL RAILROAD PASSENGER CORPORATION
1617 J.F.K. Boulevard, Room 710
Philadelphia, Pennsylvania  19104

NATIONAL U.S. BOILER CO., INC.
New Castle, Pennsylvania

NAVISTAR INTERNATIONAL CORPORATION
c/o CT Corporation System
Oliver Building
Mellon Square
Pittsburgh, Pennsylvania  15222

NEW YORKER STEEL BOILER COMPANY, INC.
Bethlehem Pike
Colmar, Pennsylvania  18915

NICOLET, INC.
a Delaware corporation
Maple Street and Wissahickon Avenue
Ambler, Pennsylvania 19002

NIMCO BUS SALES AND BUS PARTS
252 Doremus Avenue
Newark, New Jersey  07105

NORCA CORPORATION
185 Great Neck Road
Great Neck, New York

-15-

NORTH AMERICAN ASBESTOS COMPANY
c/o Lord, Bisselle & Block
115 S. LaSalle Street
Chicago, Illinois

NOSROC CORPORATION
1500 Walnut
Philadelphia, Pennsylvania  19102

NUTURN CORPORATION
570 Metroplex Drive
Nashville, Tennessee  37211
        or
c/o C.T. Corporation System
530 Gay Street
Knoxville, Tennessee  37902

NYCAL
240 S. Main St.
S. Hackersock, New Jersey  07605

OWENS-CORNING FIBERGLAS CORP.
123 South Broad Street
Philadelphia, Pennsylvania 19109

OWENS-ILLINOIS GLASS CO.
460 N. Gulph Road
King of Prussia, Pennsylvania

OWENS-ILLINOIS, INC.
c/o C.T. Corporation System
123 South Broad Street
Philadelphia, Pennsylvania 19109

PARS MANUFACTURING COMPANY
60 East Penn Street
Norristown, Pennsylvania  19401

PARSON SALES COMPANY, INC.
Pennsylvania

PEERLESS INDUSTRIES, INC.
Spring and Schaeffer Streets
Boyertown, Pennsylvania  19512

PELTZ ROWLEY CHEMICAL COMPANY
5700 Tacony Street
Philadelphia, Pennsylvania

PENN CENTRAL CORPORATION
IVB Building
1700 Market Street
Philadelphia, Pennsylvania  19103

PENNSYLVANIA BRAKE BONDING
9001 Torresdale Avenue
Philadelphia, Pennsylvania  19124

PENN VALVE & FITTING CORPORATION
2440 Maryland Road
Willow Grove, Pennsylvania  19090

PFIZER, INC.
235 East 42nd Street
New York, New York  10017

PITTSBURGH CORNING CORPORATION
1670 Golden Mile Highway
Monroeville, Pennsylvania  15146

PORTER HAYDEN CO.
c/o C.T. Corporation System
123 South Broad Street
Philadelphia, Pennsylvania 19109

PPG INDUSTRIES
One Gateway Center
Pittsburgh, Pennsylvania  15222

QUIGLEY CO., INC.
c/o C.T. Corporation
123 Broad Street
Philadelphia, Pennsylvania
      or
c/o C.T. Corporation Systems
277 Park Avenue
New York, New York  10017

QUINT CORPORATION
140 East 16th Street
Erie, Pennsylvania  16512

RAND MINES LTD.
The Corner House
63 Fox Street
Johannesburg 2001 TVL
Republic of South Africa

RAYMARK INDUSTRIES INC.
c/o C.T. Corporation System
123 South Broad Street
Philadelphia, Pennsylvania 19109

THE READING COMPANY
1 North 12th Street
Philadelphia, Pennsylvania  19107

RICHARD KLINGER COMPANY
2350 Campbell Road
Sidney, Ohio   45365

RILEY STOKER CORPORATION
No. 9 Neponset Street
Worcester, Massachusetts 01606

R-M FRICTION MATERIALS COMPANY
100 Oak View Drive
Trumbull, Connecticut   06611

ROCK BESTOS CO.
400 Penn Centre Boulevard
Suite 204
Pittsburgh, Pennsylvania

ROCKWELL INTERNATIONAL
c/o CT Corporation Systems
Oliver Building
Mellon Square
Pittsburgh, Pennsylvania  15222

ROCK WOOL MFG. CO.
P. O. Box 506
Leeds, Alabama   35094

ROGERS CORPORATION
One Technology Drive
Rogers, Connecticut   06263

ROYAL ELECTRIC SUPPLY COMPANY
3730 Market Street
Philadelphia, Pennsylvania

SAGER CORPORATION, formerly known as
Sager Gloves
An Illinois Corporation
4030 North Nashville Street
Chicago, Illinois  60634

SEPCO CORPORATION
P. O. Box 854
     or
Clokan J. Hollan
27611 LaPaza Road
Laguna Niguel, California  92677

SID HARVEY MID ATLANTIC, INC.
King of Prussia, Pennsylvania

SMITH OF PHILADELPHIA
811 E. Cayuga Street
Philadelphia, Pennsylvania  19124

SMS AUTOMOTIVE PRODUCTS
4819 Langdon Street
Philadelphia, Pennsylvania

SOUTHEASTERN PENNSYLVANIA TRANSPORTATION
AUTHORITY
130 S. 9th Street
5th Floor
Philadelphia, Pennsylvania  19107

SOUTHERN TEXTILE CORP.
c/o Porter Building
601 Grant Street
Pittsburgh, Pennsylvania 15219

SPECIAL MATERIALS, INC. - WISCONSIN
C.T. Corporation
222 Washington
Madison, Wisconsin
        or
3623 W. Pierce
Milwaukee, Wisconsin  53215

SPRAYON RESEARCH CORPORATION
c/o Richard Kempthorne
1390 South Ocean Blvd.
Pompano Beach, Florida  33062

STRAHMAN VALVES, INC.
Nicolet Avenue
Florham Park, New Jersey

STEARN'S DIV. OF F.M.C. CORP.
c/o C. T. Corporation
123 Broad Street
Philadelphia, Pennsylvania

STUDEBAKER-WORTHINGTON, INC.
c/o Corporation Trust Center
1209 Orange Street
Wilmington, Delaware  19801

THERMAL MATERIALS CORP.
360 Hurst Street
Linden, New Jersey

TNT LIQUIDATING COMPANY
600 First National Bank Bldg.
Erie, Pennsylvania

TRANSCO, INC.
55 East Jackson Boulevard
Chicago, Illinois  60604

TRANSVAAL CONSOLIDATION LAND
& EXPLORATION CO.; LTD.
Johannesberg, South Africa

TURNER ASBESTOS FIBRES, LTD.
c/o Turner & Newall, Ltd.
20 St. Mary;s Parsonage
Manchester, M3 2NL, England

TURNER & NEWALL, LTD.
20 Saint Mary's Parsonage
Manchester, England M22-EA

UNION CARBIDE CORPORATION
c/o C.T. Corporation System
123 South Broad Street
Philadelphia, Pennsylvania 19109

UNIROYAL, INC.
c/o Prentice Hall Corporation
100 Pine Street
Harrisburg, Pennsylvania 17101

UNITED STATES GYPSUM COMPANY
c/o C.T. Corporation System
123 South Broad Street
Philadelphia, Pennsylvania 19109

UNITED STATES MINERAL PRODUCTS COMPANY
Furnace Street
Stanhope, New Jersey  97874

UNIVERSAL INSULATION COMPANY
c/o Arthur Rank
306 Hialeah Drive
Cherry Hill, New Jersey  08002

U.S. BRAKELINING CORP.
Miami, Florida

VERMONT ASBESTOS GROUP, INC.
Box 54B, R.R. #1
Morrisville, Vermont  05661
        or
c/o David Stockpole
P. O. Box 1016
Stowe, Vermont  05672

WAGNER ELECTRIC COMPANY
100 Misty Lane
Parsippany, New Jersey  07054