IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS  :  CONSOLIDATED UNDER
LIABILITY LITIGATION (No. VI) :  MDL DOCKET NO. 875

DAMON

v.

VARIOUS DEFENDANTS   Case No. 14-01954

FILED
SEP 0 1 2015
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

# O R D E R

**AND NOW**, this **1st** day of **September, 2015,** upon consideration of Plaintiff's uncontested "Motion to Amend Order of August 25, 2015" (ECF No. 278), it is hereby **ORDERED** that:

1. The motion is **GRANTED**;

2. This Court's August 25, 2015 order (ECF No. 277) is **AMENDED** in that the grant of Honeywell International's motion for summary judgment (ECF No. 243) is **VACATED** and the motion is **REINSTATED** to the docket[1]; and

3. Honeywell, Incorporated's motion for summary judgment

---

[1] In that Honeywell International filed a reply to its motion for summary judgment (ECF No. 280) acknowledging Plaintiff's response, briefing is complete and the motion is ready for disposition.

(ECF No. 249) is **GRANTED**.[2]

IT IS SO ORDERED.

/s/ Eduardo C. Robreno

Eduardo C. Robreno, J.

---

[2] Plaintiff inadvertently assigned on ECF his response brief intended for Honeywell International's motion to Honeywell, Incorporated's motion. Thus, contrary to the Plaintiff's intent, he opposed Honeywell, Incorporated's motion rather than Honeywell International's motion. Plaintiff does not oppose Honeywell, Incorporated's motion for summary judgment.